IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LARON A. MINGO,**

    **Petitioner,**

**v.**                                            Case No. 1:24-cv-83-AW-HTC

**SHERIFF OF DIXIE COUNTY,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 1, 2024 report and recommendation. ECF No. 8. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The petition is dismissed without prejudice for failure to exhaust." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on August 23, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge